

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
AUG 18 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES OF AMERICA )
)
v. ) NO. 3:21-CR- 107
) JUDGES Crytzer/Guyton
FRANKLIN PARTON, JR. )
JORDAN ALLEN, )
)
)
)
TERRANNIE RAY )
RYAN STIMPERT, )
DAPHNE ROBINSON, )
)
)
DERRICK SMITH, and )
CRAIG STEWART, aka "HOT DOG." )

## INDICTMENT

### COUNT ONE
(Methamphetamine Distribution Conspiracy)

The Grand Jury charges that beginning at least as early as December 2018, and continuing through September 2019, within the Eastern District of Tennessee and elsewhere, the defendants, **FRANKLIN PARTON, JR., JORDAN ALLEN,** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ **TERRANNIE RAY, RYAN STIMPERT, DAPHNE ROBINSON,** ▬▬▬▬ and other persons known and unknown to the Grand Jury, did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse others to commit the following offense against the United States: to distribute and possess with the intent to distribute a quantity of a mixture and substance containing fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

## COUNT TWO
(Cocaine Distribution Conspiracy)

The Grand Jury further charges that beginning at least as early as December 2018, and continuing through September 2019, within the Eastern District of Tennessee and elsewhere, the defendants, **JORDAN ALLEN, DERRICK SMITH, CRAIG STEWART, aka "HOT DOG,** ███████, and other persons known and unknown to the Grand Jury did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse others to commit the following offense against the United States: to distribute and possess with the intent to distribute a quantity of a mixture and substance containing 500 grams or more of cocaine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

## Drug Trafficking Forfeiture Allegations

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and/or 846, the defendants, **FRANKLIN PARTON, JR., JORDAN ALLEN,** ███████, ███████, **TERRANNIE RAY, RYAN STIMPERT, DAPHNE ROBINSON,** ███████, **DERRICK SMITH,** and **CRAIG STEWART, aka "HOT DOG,** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following:

2

**Money Judgment**

Proceeds the defendants, **FRANKLIN PARTON, JR., JORDAN ALLEN,** ███ ███ **TERRANNIE RAY, RYAN STIMPERT, DAPHINE ROBINSON,** ███ **DERRICK SMITH,** and **CRAIG STEWART, aka "HOT DOG,** personally obtained as a result of the violations of Title 21, United States Code, Sections 841 and/or 846 from the illegal trafficking of controlled substances.

Pursuant to Title 21, United States Code, Section 853(p), the defendant shall forfeit substitute property, up to the value of the property subject to forfeiture, if by any act or omission of the defendant, the property, or any portion thereof:

  a.  cannot be located upon the exercise of due diligence;

  b.  has been transferred, sold to, or deposited with a third party;

  c.  has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL:

███████████

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

_/s/ Anne-Marie Svolto_
ANNE-MARIE SVOLTO
Assistant United States Attorney

3